IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MARQUAVIOUS CONLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 118-189 |
| ) | |
| SCOTT WILKES, Warden; TOMMY ) | |
| TREMBLE, Deputy Warden of Security; ) | |
| CLIFFORD BROWN, Unit Manager; ) | |
| CAPTAIN COLLIER; and OFFICER ) | |
| ROBINSON, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 12th day of February, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA