# United States District Court
## Southern District of Georgia

MARQUAVIOUS CONLEY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 118-189

SCOTT WILKES, Warden; TOMMY TREMBLE, Deputy Warden of Security; CLIFFORD BROWN, Unit Manager; CAPTAIN COLLIER; and OFFICER ROBINSON,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated February 12, 2019 adopting the Report and Recommendation as the Court's opinion, that Plaintiff's complaint is dismissed for failure to state a claim upon which relief can be granted. This civil action stands closed.



02/12/2019
Date

Scott L. Poff
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk