IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MARQUAVIOUS CONLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 118-189 |
| ) | |
| SCOTT WILKES, Warden; CLIFFORD ) | |
| BROWN, Unit Manager; and OFFICER ) | |
| ROBINSON, ) | |
| ) | |
| Defendants.[1] ) | |

**O R D E R**

On January 16, 2019, the Court issued a Report and Recommendation ("R&R") recommending dismissal of Plaintiff's complaint for failure to state a claim. (Doc. no. 8.) On February 12, 2019, Chief United States District Judge J. Randal Hall adopted the Magistrate's R&R and dismissed this case. (Doc. no. 10.) However, on February 13, 2019, Plaintiff objected to the Court's R&R and moved to amend his complaint. (Doc. no. 12.) Because Plaintiff's filing was signed before dismissal, Judge Hall granted Plaintiff's motion to amend and vacated the February 12th adoption order. (Doc. no. 13.) On February 18, 2019, Plaintiff filed his amended complaint. (Doc. no. 14.) Accordingly, the Court **VACATES** the January 16th R&R. The Court screens Plaintiff's amended complaint in

---

[1]The Court **DIRECTS** the **CLERK** to update the docket in accordance with the caption of this Order, which is consistent with Plaintiff's amended complaint. (Doc. no. 14, p. 2-3.)

accordance with 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b) in a simultaneously filed R&R.

SO ORDERED this 28th day of March, 2019, at Augusta, Georgia.

/s/ Brian K. Epps
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA