IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MARQUAVIOUS CONLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-189 |
| | ) | |
| SCOTT WILKES, Warden; CLIFFORD BROWN, Unit Manager; and OFFICER ROBINSON, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims against Officer Robinson for deliberate indifference by failing to intervene in an inmate-on-inmate assault for failure to state a claim, **DISMISSES** Plaintiff's claims against Warden Wilkes for failure to state a claim, and **DISMISSES** Warden Wilkes from the case.

SO ORDERED this 29th day of April, 2019, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA