IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MARQUAVIOUS CONLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-189 |
| | ) | |
| CLIFFORD BROWN, Unit Manager, and | ) | |
| BENJAMIN ROBINSON, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 39.) In his objection, Plaintiff states he is giving his notice of appeal to the Eleventh Circuit and then proceeds to argue why the Magistrate Judge's R&R was incorrect. (Id.) However, as stated in the Magistrate Judge's September 12, 2019 Order directing service of the R&R, Plaintiff cannot appeal a Magistrate Judge's R&R to the Eleventh Circuit. (Doc. no. 38.) Furthermore, Plaintiff does not offer any new information, evidence, or argument that warrants a deviation from the Magistrate Judge's recommendation. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendants' motion to dismiss, (doc. no. 29), **DISMISSES** this case, and

**CLOSES** this civil action.

SO ORDERED this \_\_\_8th\_\_\_ day of October, 2019, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA