# United States District Court
## Southern District of Georgia

MARQUAVIOUS CONLEY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 118-189

CLIFFORD BROWN, Unit Manager, and
BENJAMIN ROBINSON,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated October 8, 2019 adopting the Magistrate Judge's Report and Recommendation as the Court's opinion, that Defendants' motion to dismiss is granted and Plaintiff's case is hereby dismissed. This case stands closed.

10/08/2019
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*